# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CRISTY C. ACHURRA,

    Plaintiff(s),

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION,

    Defendant(s).

Case No.: 2:20-cv-00110-RFB-NJK

**Order**

[Docket Nos. 20-21]

    On July 21, 2020, Defendant filed notices of intent to serve subpoenas *duces tecum*. Docket Nos. 20-21. Discovery-related documents must be <u>served</u> on opposing counsel, not <u>filed</u> on the docket unless ordered by the Court. *See* Local Rule 26-8; Fed. R. Civ. P. 5(d)(1).[1] No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: July 22, 2020

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge

---

[1] *See also* Fed. R. Civ. P. 45(a)(4) (notice of intent to serve a subpoena "must be <u>served</u> on each party" (emphasis added)).

1