# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRISTY C. ACHURRA,<br>　　　Plaintiff(s),<br>v.<br>UNITED SERVICES AUTOMOBILE ASSOCIATION,<br>　　　Defendant(s). | Case No.: 2:20-cv-00110-RFB-NJK<br><br>**Order** |

　　　This case appears to be similar to *Achurra v. United Services Automobile Association*, Case No. 2:20-cv-00546-APG-NJK. To date, neither party has filed a notice of related cases pursuant to Local Rule 42-1(a). No later than July 30, 2020, each party must file either a notice of related cases or an explanation why such notice is not required under the local rules.

　　　IT IS SO ORDERED.

　　　Dated: July 23, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1